UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                :

IN RE WORLD TRADE CENTER LOWER     :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION  :
                                :
                                :
-----------------------------------------------------------------X
AIDA CHALCO,                        :   07-CV-01481-AKH
                                :
                 Plaintiff,   :   **APPEARANCE**
                                :
   - against -                :
                                :   **ELECTRONICALLY FILED**
ALAN KASMAN D/B/A KASCO, *et al.*,    :
                                :
                Defendants.  :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York        DICKSTEIN SHAPIRO LLP
       October 3, 2007

                    By:    /s/ Judith R. Cohen
                          _____
                          Judith R. Cohen (JC-8614)
                          1177 Avenue of the Americas
                          New York, New York 10036
                          Phone: (212) 277-6500
                          Fax: (212) 277-6501

                          *Attorney for Defendant*
                          MERRILL LYNCH & CO., INC.

DOCSNY-271406v01