UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                    21MC102(AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

AIDA CHALCO,                                 07CV1481(AKH)

                            Plaintiff(s),    **NOTICE OF APPEARANCE**

               -against-

100 CHURCH LLC, et al.,

                            Defendants.

      **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance as counsel

for Defendants **100 CHURCH LLC and ZAR REALTY MANAGEMENT CORP. n/k/a**

**SAPIR REALTY MANAGEMENT CORP.** in the above-captioned action and all future

correspondence and papers filed or serviced in connection with the above-captioned action are to

be directed to the undersigned.

Dated:     New York, New York
           November 30, 2007

                                    Yours etc.,

                                    HARRIS BEACH PLLC
                                    *Attorneys for Defendant*
                                    **100 CHURCH LLC and ZAR REALTY**
                                    **MANAGEMENT CORP. n/k/a SAPIR**
                                    **REALTY MANAGEMENT CORP.**


                                    _____/s/_____
                                    Stanley Goos, Esq. (SG-7062)
                                    100 Wall Street
                                    New York, NY  10005
                                    212 687-0100
                                    212 687-0659 (Fax)

## <u>CERTIFICATION OF SERVICE</u>

The undersigned certifies that on November 30, 2007, I caused the following document to be electronically via the Court's ECF system:

1.    Notice of Appearance (of Defendants 100 Church LLC and Zar Realty Management Corp. n/k/a Sapir Realty Management Corp.).

The undersigned further certifies that on November 30, 2007, I caused the aforesaid documents to be served via First Class Mail upon the following:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279

***Liaison Counsel for Plaintiffs***

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
1 Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

***Liaison Counsel for the Defendants***

Dated: November 30, 2007

_____/s/_____
Stanley Goos