KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | |
|---|---|
| IN RE COMBINED WORLD TRADE CENTER AND LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

----------------------------------------------------------------x

| | |
|---|---|
| AIDA CHALCO, | DOCKET NO: 07 CV 1481 |
| Plaintiff, | |
| -against- | |
| 100 CHURCH, LLC, 160 WATER STREET, INC., 160 WATER STREET ASSOCIATES, 45 WALL STREET LLC., 90 CHURCH STREET LIMITED PARTNERSHIP, ALAN KASMAN dba KASCO, AMBIENT GROUP, INC., ANN TAYLOR STORES CORPORATION, BATTERY PARK CITY AUTHORITY, BELFOR USA GRUP, INC., BLACKMAON-MOORING STEAMATIC CASTOPHE, INC., d/b/a BMS CAT, BOARD OF EDUCATION OF THE CITY OF NEW YORK, BOSTON PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, INC., BROOKFIELD FINANCIAL PROPERTIES, L.P., BROOKFIELD PARTNERS, LP., BROOKFIELD PROPERTIES CORPORATION, BROOKFIELD PROPERTIES HOLDING, INC., CUNNINGHAM DUCT CLEANING CO., INC., DEPARTMENT OF BUSINESS SERVICES, ENVIROTECH CLEAR AIR, INC., G.L.O. MANAGMENT, INC., GPS ENVIROMENTAL CONSULTANTS, INC., HILLMAN ENVIRONMENTAL GROUP, LLC., INDOOR AIR PROFESSIONALS, INC., INDOOR ENVIRONMENTAL TECHNOLOGY, INC., KASCO RESTORATION SERVICES CO., LAW ENGINEERING, P.C., MERRILL LYNCH & CO., | NOTICE OF APPEARANCE |

INC., NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, NEW YORK UNIVERSITY, NOMURA HOLDING AMERICA, INC., NOMURA SECURITIES, INTERNATIONAL, INC., ROYAL AND SUNALLIANCE INSURANCE GROUP, PLC., STRUCTURE TONE (UK), INC., STRUCTURE TONE GLOBAL SERVICS, INC., THAMES REALTY CO., TOSCORP, INC., TRC ENGINEERS, INC., TRIBECA LANDING, L.L.C., WESTON SOLUTIONS, INC., WFP TOWER B CO., G.P., CORP., WFP TOWER B HOLDING CO., LP., WFP TOWER B., CO., LP., WFP TOWER D CO., G.P., CORP., WFP TOWER D HOLDING CO., I. LP., WFP TOWER D HOLDING CO., II L.P., WFP TOWER D HOLDING I. G.P., CORP., WFP TOWE D. CO., L.P., and ZAR REALTY MANAGEMENT CORP.,

         **Defendants.**
------------------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

 Enter my appearance as counsel in this case for:

       **CUNNINGHAM DUCT WORK s/h/i/a**
      **CUNNINGHAM DUCT CLEANING CO., INC.**

 I certify that I am admitted to practice in this court.

Dated: New York, New York
    February 6, 2008

             Kevin G. Horbatiuk
             Kevin G. Horbatiuk (KGH4977)
             Attorneys for Defendant
             **CUNNINGHAM DUCT WORK s/h/i/a**
             **CUNNINGHAM DUCT CLEANING CO., INC.**
             RUSSO, KEANE & TONER, LLP
             26 Broadway, 28th Floor
             New York, New York 10004
             (212) 482-0001
             RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**AIDA CHALOCO**
115 Broadway 12th Floor
New York, New York 10006
(212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 6th day of February, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**AIDA CHALCO**
115 Broadway 12th Floor
New York, New York 10006

*/s/ Kevin G. Horbatiuk*
**KEVIN G. HORBATIUK**