KEVIN G. HORBATIUK (KGH-4977)
RUSSO, KEANE & TONER, LLP
Attorneys for Defendant
**CUNNINGHAM DUCT WORK s/h/i/a**
**CUNNINGHAM DUCT CLEANING CO., INC.**
26 Broadway - 28th Floor
New York, New York 10004
(212) 482-0001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE COMBINED WORLD TRADE CENTER      21 MC 102 (AKH)
AND LOWER MANHATTAN DISASTER SITE
LITIGATION
------------------------------------------------------------------x
AIDA CHALCO,     DOCKET NO:
    07 CV 1481

                   Plaintiff,

   -against-

100 CHURCH, LLC, 160 WATER STREET, INC.,
160 WATER STREET ASSOCIATES, 45 WALL
STREET LLC., 90 CHURCH STREET LIMITED     NOTICE OF
PARTNERSHIP, ALAN KASMAN dba KASCO,     ADOPTION
AMBIENT GROUP, INC., ANN TAYLOR     OF ANSWER TO
STORES CORPORATION, BATTERY PARK     MASTER COMPLAINT
CITY AUTHORITY, BELFOR USA GRUP,
INC., BLACKMAON-MOORING STEAMATIC
CASTOPHE, INC., d/b/a BMS CAT, BOARD
OF EDUCATION OF THE CITY OF NEW YORK ,
BOSTON PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, INC., BROOKFIELD
FINANCIAL PROPERTIES, L.P.,  BROOKFIELD
PARTNERS, LP., BROOKFIELD PROPERTIES
CORPORATION, BROOKFIELD PROPERTIES
HOLDING, INC., CUNNINGHAM DUCT CLEANING
CO., INC., DEPARTMENT OF BUSINESS
SERVICES, ENVIROTECH CLEAR AIR, INC.,
G.L.O. MANAGMENT, INC., GPS ENVIROMENTAL
CONSULTANTS, INC., HILLMAN ENVIRONMENTAL
GROUP, LLC., INDOOR AIR PROFESSIONALS, INC.,
INDOOR ENVIRONMENTAL TECHNOLOGY, INC.,
KASCO RESTORATION SERVICES CO., LAW
ENGINEERING,  P.C., MERRILL LYNCH & CO.,

INC., NEW YORK CITY SCHOOL CONSTRUCTION
AUTHORITY, NEW YORK UNIVERSITY, NOMURA
HOLDING AMERICA, INC., NOMURA
SECURITIES, INTERNATIONAL, INC., ROYAL AND
SUNALLIANCE INSURANCE GROUP, PLC.,
STRUCTURE TONE (UK), INC., STRUCTURE
TONE GLOBAL SERVICS, INC., THAMES REALTY
CO., TOSCORP, INC., TRC ENGINEERS, INC.,
TRIBECA LANDING, L.L.C., WESTON SOLUTIONS,
INC., WFP TOWER B CO., G.P., CORP., WFP TOWER B
HOLDING CO., LP., WFP TOWER B., CO., LP., WFP TOWER
D CO., G.P., CORP., WFP TOWER D HOLDING CO.,
I. LP., WFP TOWER D HOLDING CO., II L.P.,
WFP TOWER D HOLDING I. G.P., CORP., WFP TOWE D.
CO., L.P., and ZAR REALTY MANAGEMENT CORP.,

                        **Defendants.**
-----------------------------------------------------------------------x

     **PLEASE TAKE NOTICE,** that defendant CUNNINGHAM DUCT WORK s/h/i/a CUNNINGHAM DUCT CLEANING CO., INC. ("CUNNINGHAM"), by its attorneys, RUSSO, KEANE & TONER, LLP, as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off-Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt their Answer to Master Complaint dated, August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102(AKH).

     **WHEREFORE**, the defendant, CUNNINGHAM demands judgment dismissing the above captioned caption action as against it, together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       February 6, 2008

                                      Kevin G. Horbatiuk
                                      Kevin G. Horbatiuk (KGH4977)
                                      Attorneys for Defendant
                                      **CUNNINGHAM DUCT WORK s/h/i/a**
                                      **CUNNINGHAM DUCT CLEANING CO.,**
                                      **INC.**
                                      RUSSO, KEANE & TONER, LLP
                                      26 Broadway, 28th Floor
                                      New York, New York 10004
                                      (212) 482-0001
                                      RKT File No. 824.078

TO:    CHRISTOPHER R. LaPOLA, ESQ.,
        WORBY GRONER EDELMAN & NAPOLI BERN, LLP
        Attorney for Plaintiff
        **AIDA CHALOCO**
        115 Broadway 12th Floor
        New York, New York 10006
        (212) 267-3700

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed person by placing a copy of the same in the United States mail, postage prepared and properly addressed, this the 6th day of February, 2008.

CHRISTOPHER R. LaPOLA, ESQ.,
WORBY GRONER EDELMAN & NAPOLI BERN, LLP
Attorney for Plaintiff
**AIDA CHALCO**
115 Broadway 12th Floor
New York, New York 10006

*Kevin G Horbatiuk*
**KEVIN G. HORBATIUK**